

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |

**Daniel Orlow, ESQ.**
orlow@consolelaw.com

March 18, 2026

<u>***Via ECF***</u>

The Hon. Justin T. Quinn
United States Magistrate Judge for the District of New Jersey
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  **Re: Minguez v. AT&T Corp., et al.**
    **Civil Action Number: 3:24-cv-09069-RK-JTQ**
  -------------------------------------------------------------------------------------------------

Dear Judge Quinn,

  I represent the Plaintiff, Gary Minguez, in the above-referenced matter.  I write with respect to Defendant's pending Motion for a Protective Order regarding the depositions of John Stankey and Jeff McElfresh (ECF 70).  Plaintiff has agreed to withdraw the previously served deposition notices without prejudice at this time, and I have informed Counsel for Defendant of Plaintiff's decision in this regard.  Accordingly, it is Plaintiff's position that Defendant's pending Motion can simply be denied as moot.  Thank you for You Honor's time and assistance with this matter.

      Respectfully Submitted.

      */s/ Daniel S. Orlow*
      Daniel Orlow, Esq.

DSO:tnm
cc: All Counsel of Record