GIBSON DUNN

Lucas C. Townsend
Partner
T: +1 202.887.3731
M: +1 202.591.6657
ltownsend@gibsondunn.com

VIA ECF

September 1, 2026

The Hon. Justin T. Quinn
United States Magistrate Judge for the District of New Jersey
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Minguez v. AT&T Corp., et al.* Civil Action Number: 3:24-cv-09069-RK-JTQ – Joint Status Report**

Dear Judge Quinn,

The parties submit this joint status report in advance of the telephone status conference on September 3, 2026.

Defendants intend to submit a letter to Judge Kirsch seeking permission to file a dispositive motion. Plaintiff's position is that no dispositive motions are appropriate in this case and the case should be set for settlement conference or trial.

Respectfully submitted,

*s/ Lucas C. Townsend*
Lucas C. Townsend

*s/ Dan Orlow*
Dan Orlow

Cc: all counsel of record (via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify, that on September 1, 2026, I electronically filed the attached letter using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: September 1, 2026

By: */s/ Lucas C. Townsend*
Lucas C. Townsend, Bar No. 016682004