GIBSON DUNN

Lucas C. Townsend
Partner
T: +1 202.887.3731
M: +1 202.591.6657
ltownsend@gibsondunn.com

VIA ECF

September 10, 2026

The Hon. Justin T. Quinn
United States Magistrate Judge for the District of New Jersey
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Minguez v. AT&T Corp., et al.* Civil Action Number: 3:24-cv-09069-RK-JTQ**

Dear Judge Quinn,

Pursuant to this Court's September 3 Order, and in light of the discussion at the September 3 status conference and Plaintiff's settlement position, counsel advises the Court that Defendants do not believe a settlement conference would be productive at this time. Defendants believe the case is appropriate for disposition on summary judgment and that the next appropriate step would be for Defendants to file a letter with Judge Kirsch pursuant to his procedures requesting a pre-summary judgment conference. Because counsel for Defendants will be in trial from September 21 to October 8, 2026, Defendants request that the Court permit Defendants until October 16, 2026, to submit the pre-motion letter to ensure counsel's availability for the conference.

Respectfully submitted,

*s/ Lucas C. Townsend*
Lucas C. Townsend

Cc: All counsel of record (via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the attached letter using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: September 10, 2026

*/s/ Lucas C. Townsend*
Lucas C. Townsend, Bar No. 016682004