CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

1525 Locust Street 9th Floor Philadelphia, PA 19102 215-545-7676 www.ConsoleLaw.com
110 Marter Avenue Suite 502 Moorestown, NJ 08057 856-854-4000
5 Penn Plaza 23rd Floor New York, NY 10001 917-985-7761

**Daniel Orlow, ESQ.**
orlow@consolelaw.com

October 23, 2026

***Via ECF***
Hon. Robert Kirsch
United States District Court
for the District of New Jersey
402 East State Street, Room 2020
Trenton, NJ 08608

**Re: Minguez v. AT&T Corp., et al.**
**Civil Action Number: 3:24-cv-09069-RK-JTQ**

---

Dear Judge Kirsch:

I represent the Plaintiff, Gary Minguez, in the above-captioned matter. I write in response to Defendants' October 16, 2026 letter (ECF 81), which requests a pre-motion conference regarding Defendants' anticipated Motion for Summary Judgment on Plaintiff's claims for age discrimination and retaliation under the ADEA and the NJLAD.

In keeping with the spirit of Your Honor's Rules and Procedures, counsel for the parties have scheduled a telephonic meet and confer for Monday, October 26, 2026, to discuss the issues raised in Defendants' letter. The parties scheduled the conference for that date in part because Defendants' counsel is in trial in another matter in Bexar County, Texas, which is expected to conclude on or about October 23, 2026.

So that Plaintiff's response can reflect the results of that discussion, Plaintiff respectfully requests one week after the meet and confer, through November 2, 2026, to file a response setting out Plaintiff's position on Defendants' request. This request should not delay any pre-motion conference, since Defendants have asked that any conference be scheduled after counsel's trial concludes and that their motion, if leave is granted, be served on or after December 14, 2026.

I am available at Your Honor's convenience to discuss this matter further.

Thank you for Your Honor's time and consideration.

Respectfully Submitted.

*/s/ Daniel S. Orlow*
Daniel Orlow, Esq.